**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mark S Mcclintic | § | Case No. 12-50931 |
| Tara Mcclintic | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 8,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 60.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,940.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/20/2013 and the deadline for filing governmental claims was 07/01/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,550.00 , for a total compensation of $ 1,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.28 , for total expenses of $ 9.28 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2014 By:/s/Joji Takada, Chapter 7 Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No: 12-50931 BWB Judge: Bruce W. Black | Trustee Name: Joji Takada, Chapter 7 Trustee

Case Name: Mark S Mcclintic | Date Filed (f) or Converted (c): 12/31/2012 (f)

Tara Mcclintic | 341(a) Meeting Date: 02/04/2013

For Period Ending: 03/05/2014 | Claims Bar Date: 05/20/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2630 Carriage Court Aurora Il. Value Via Zillow On 12/4/201 | 281,000.00 | 44,763.00 | OA | 0.00 | FA |
| 2. Fifth Third Checking. The Total Amount Of This Account Bala | 300.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Checking | 500.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Savings Account (Daughters Account). Debtor Is S | 0.00 | 0.00 | | 0.00 | FA |
| 5. Mb Trading Account | 200.00 | 200.00 | | 0.00 | FA |
| 6. Gft 4 X Trading Account | 63.00 | 0.00 | | 0.00 | FA |
| 7. Mb Trading Account | 1,850.00 | 0.00 | | 0.00 | FA |
| 8. Mb Financial Hsa | 9.00 | 0.00 | | 0.00 | FA |
| 9. Prinicpal Funds | 216.00 | 0.00 | | 0.00 | FA |
| 10. Chase Checking Account. All Money In This Account Was Depos | 0.00 | 0.00 | | 0.00 | FA |
| 11. Tenants Security Deposit | 0.00 | 0.00 | | 0.00 | FA |
| 12. Various Used Household Goods And Possessions | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13. Various Used Books And Pictures | 50.00 | 50.00 | | 0.00 | FA |
| 14. Vairous Used Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 15. Two Wedding Rings And Various Costume Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 17. 529 College Prepaid Tuition Program. No Contributions Made | 28,000.00 | 0.00 | | 0.00 | FA |
| 18. Msm Financial Services Group, Inc. Corporation Has A Checkin | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2012 Potential Refund | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2006 Toyota Camary. 88,000 Miles. Valued Via Kbb On 11/14/ | 7,120.00 | 0.00 | | 0.00 | FA |
| 21. Marriott Vacation Club. Liquidation Value Below Was Esablis | 4,500.00 | 2,658.00 | | 0.00 | FA |
| 22. Rent Income | 0.00 | 0.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $330,208.00 | $51,671.00 | | $8,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had rental property that was occupied by tenant; Debtor was not making payments on mortgage and was using rents for living expenses; Tenant instructed to pay rents to Trustee; License required to continue to rent property; Trustee abandoned property rather than renew license.

Preparing TFR.

RE PROP # 22 -- Post-petition rent from Carriage Court, Aurora IL real property

Initial Projected Date of Final Report (TFR): 12/31/2014 Current Projected Date of Final Report (TFR): 12/31/2014

Exhibit A

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-50931
Case Name: Mark S Mcclintic
Tara Mcclintic
Taxpayer ID No: XX-XXX9871
For Period Ending: 03/05/2014

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7941
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/19/13 | 22 | Bill McDonnell 2630 Carriage Court Aurora, Illinois 60504-5238 | Post Petition Rent Proceeds | 1122-000 | $3,000.00 | | $3,000.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 05/17/13 | 22 | Bill McDonnell | Settlement payment | 1122-000 | $1,000.00 | | $3,990.00 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 06/18/13 | 22 | Bill McDonnell 2630 Carriage Court Aurora, Illinois 60504-5238 | Post Petition Rent Proceeds | 1122-000 | $1,000.00 | | $4,980.00 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 09/09/13 | 22 | Bill McDonnell | Accounts Receivable | 1122-000 | $263.00 | | $5,223.00 |
| 09/09/13 | 22 | Mark McClintic | Accounts Receivable | 1122-000 | $2,737.00 | | $7,960.00 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,950.00 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,940.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $60.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $60.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $60.00 |



| Page Subtotals: | $8,000.00 | $60.00 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7941 - Checking | $8,000.00 | $60.00 | $7,940.00 |
| | $8,000.00 | $60.00 | $7,940.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |



Page Subtotals: $0.00 $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-50931

Date: March 5, 2014

Debtor Name: Mark S Mcclintic

Claims Bar Date: 5/20/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,550.00 | $1,550.00 |
| 100<br>2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $9.28 | $9.28 |
| 1<br>300<br>7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $15,078.00 | $15,268.02 | $15,268.02 |
| 2<br>300<br>7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,521.00 | $5,820.24 | $5,820.24 |
| 3<br>300<br>7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $9,151.00 | $9,322.37 | $9,322.37 |
| 4<br>300<br>7100 | American Express Centurion Bank<br>Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $19,916.00 | $20,195.66 | $20,195.66 |
| 5<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $8,620.00 | $8,599.25 | $8,599.25 |
| 6<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $5,325.00 | $5,325.48 | $5,325.48 |
| 7<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $13,736.00 | $14,826.32 | $14,826.32 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-50931

Date: March 5, 2014

Debtor Name: Mark S Mcclintic

Claims Bar Date: 5/20/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Capital One, National Association<br>Po Box 41067<br>Norfolk, Va 23541 | Unsecured | | $14,969.00 | $15,222.87 | $15,222.87 |
| 9<br>300<br>7100 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $13,736.00 | $13,736.63 | $13,736.63 |
| | Case Totals | | | $106,052.00 | $109,876.12 | $109,876.12 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-50931
Case Name: Mark S Mcclintic
Tara Mcclintic
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 7,940.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Joji Takada | $ 9.28 | $ 0.00 | $ 9.28 |

Total to be paid for chapter 7 administrative expenses $ 1,559.28

Remaining Balance $ 6,380.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,316.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 15,268.02 | $ 0.00 | $ 899.41 |
| 2 | DISCOVER BANK | $ 5,820.24 | $ 0.00 | $ 342.86 |
| 3 | N. A. Capital One Bank (Usa) | $ 9,322.37 | $ 0.00 | $ 549.16 |
| 4 | American Express Centurion Bank | $ 20,195.66 | $ 0.00 | $ 1,189.68 |
| 5 | Ecast Settlement Corporation, Assignee | $ 8,599.25 | $ 0.00 | $ 506.56 |
| 6 | Ecast Settlement Corporation, Assignee | $ 5,325.48 | $ 0.00 | $ 313.71 |
| 7 | Ecast Settlement Corporation, Assignee | $ 14,826.32 | $ 0.00 | $ 873.39 |
| 8 | Portfolio Recovery Associates, Llc | $ 15,222.87 | $ 0.00 | $ 896.75 |
| 9 | Ecast Settlement Corporation, Assignee | $ 13,736.63 | $ 0.00 | $ 809.20 |

Total to be paid to timely general unsecured creditors $ 6,380.72

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE