**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-50931 |
| Mark S Mcclintic | § | Chapter 7 |
| Tara Mcclintic | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 4/25/14
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 3/18/14     By: /s/ Joji Takada
                                          Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Mark S Mcclintic § Case No. 12-50931
Tara Mcclintic §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 60.00 |
| leaving a balance on hand of[1] | $ | 7,940.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Joji Takada | $ 9.28 | $ 0.00 | $ 9.28 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,559.28 |
| Remaining Balance | | $ | 6,380.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,316.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 15,268.02 | $ 0.00 | $ 899.41 |
| 2 | DISCOVER BANK | $ 5,820.24 | $ 0.00 | $ 342.86 |
| 3 | N. A. Capital One Bank (Usa) | $ 9,322.37 | $ 0.00 | $ 549.16 |
| 4 | American Express Centurion Bank | $ 20,195.66 | $ 0.00 | $ 1,189.68 |
| 5 | Ecast Settlement Corporation, Assignee | $ 8,599.25 | $ 0.00 | $ 506.56 |
| 6 | Ecast Settlement Corporation, Assignee | $ 5,325.48 | $ 0.00 | $ 313.71 |
| 7 | Ecast Settlement Corporation, Assignee | $ 14,826.32 | $ 0.00 | $ 873.39 |
| 8 | Portfolio Recovery Associates, Llc | $ 15,222.87 | $ 0.00 | $ 896.75 |
| 9 | Ecast Settlement Corporation, Assignee | $ 13,736.63 | $ 0.00 | $ 809.20 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,380.72 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-50931-BWB
Mark S McClintic                                                          Chapter 7
Tara McClintic
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams              Page 1 of 2              Date Rcvd: Mar 19, 2014
                               Form ID: pdf006              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2014.
```
db/jdb       +Mark S McClintic,    Tara McClintic,    24038 Walnut Circle,    Plainfield, IL 60585-2473
19872618     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20335419    +++American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
19872644     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Unvl/citi,     Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
19872620     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
20180370    +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
19872621     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19872623     +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
19872626     +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19872629     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
               Grand Rapids, MI 49546-6253
19872630     +Firstar/US Bank,    Us Bank Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
19872631     +Ford Cred,   Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
19872633     +Hsbc Bank,    Hsbc Card Services / Attn: Bankruptcy De,    Po Box 5204,
               Carol Stream, IL 60197-5204
19872634     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
19872635      Hsbc/cosco,    Cost,   Wilmington, DE 19808
19872636      Hsbc/costco,    Cost,   Wilmington, DE 19808
19872638     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissn Inf Lt,     Attn: Bankruptcy,    8900 Freeport Parkway,
               Irving, TX 75063)
20494467     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               successor to CAPITAL ONE, NATIONAL,     ASSOCIATION,    PO Box 41067,    Norfolk, VA 23541)
19872639      Pella Window,    Cscl Dispute Team,    Des Moines, IA 50306
19872641     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19872643     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,     Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
19872642     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
               Minneapolis, MN 55440-9475
19872647     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
19872645     +Wachovia Mort/World Savings & LN,    Attn: Bankruptcy Dept.(T7419-015),    Po Box 659558,
               San Antonio, TX 78265-9558
19872646     +Wachovia Mortgage/World Savings and Loan,    Attn: Bankruptcy Dept.(T7419-015),    Po Box 659558,
               San Antonio, TX 78265-9558
19872648     +West Suburban Bank,    711 S Westmore Ave,    Lombard, IL 60148-3770
20429335      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19872619     +E-mail/Text: bankruptcynotices@bmwfs.com Mar 20 2014 01:29:48     Bmw Financial Services,
               Attn: Bankruptcy Department,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
20067544      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:41:14     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19872627     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2014 01:38:02     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
19872632     +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2014 01:37:21     Gemb/cost Plus World M,
               Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19872640     +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2014 01:37:21     Sams Club / GEMB,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19872637      Kai Feng Li
19872624*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19872625*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19872622*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19872628*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
20429336*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
20429337*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
20500559*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                   TOTALS: 1, * 7, ## 0
```

```
District/off: 0752-1            User: dwilliams              Page 2 of 2                  Date Rcvd: Mar 19, 2014
                                Form ID: pdf006              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
      David H Cutler    on behalf of Debtor Mark S McClintic cutlerfilings@gmail.com
      David H Cutler    on behalf of Joint Debtor Tara  McClintic cutlerfilings@gmail.com
      Joji  Takada     on behalf of Trustee Joji  Takada trustee@takadallc.com,
       jtakada@ecf.epiqsystems.com
      Joji  Takada     trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Toni  Dillon    on behalf of Creditor   Wells Fargo Bank, N.A. tdillon@atty-pierce.com,
       northerndistrict@atty-pierce.com
                                                                                                                                    TOTAL: 6