UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
Mark S Mcclintic § Case No. 12-50931
Tara Mcclintic §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Bmw Financial Services Attn: Bankruptcy Department 5550 Britton Pkwy Hilliard, OH 43026 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | | | | |
| | Firstar/US Bank Us Bank Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Ford Cred Ford Credit Po Box 6275 Deerborn, MI 48121 | | | | | |
| | Gemb/cost Plus World M Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Hsbc Card Services / Attn: Bankruptcy De Po Box 5204 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/cosco Cost Wilmington, DE 19808 | | | | | |
| | Hsbc/costco Cost Wilmington, DE 19808 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | | | | |
| | Pella Window Cscl Dispute Team Des Moines, IA 50306 | | | | | |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Wachovia Mortgage/World Savings and Loan Attn: Bankruptcy Dept.(T7419-015) Po Box 659558 San Antonio, TX 78265 | | | | | |
| | West Suburban Bank 711 S Westmore Ave Lombard, IL 60148 | | | | | |
| 4 | American Express Centurion Bank | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 9 | Ecast Settlement Corporation, Assignee | | | | | |
| 5 | Ecast Settlement Corporation, Assignee | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ecast Settlement Corporation, Assignee | | | | | |
| 7 | Ecast Settlement Corporation, Assignee | | | | | |
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| 8 | Portfolio Recovery Associates, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-50931 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Mark S Mcclintic | | | | Date Filed (f) or Converted (c): | 12/31/2012 (f) |
| | Tara Mcclintic | | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 10/01/2014 | | | | Claims Bar Date: | 05/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2630 Carriage Court Aurora Il. Value Via Zillow On 12/4/201 | 281,000.00 | 44,763.00 | OA | 0.00 | FA |
| 2. Fifth Third Checking. The Total Amount Of This Account Bala | 300.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third Checking | 500.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Savings Account (Daughters Account). Debtor Is S | 0.00 | 0.00 | | 0.00 | FA |
| 5. Mb Trading Account | 200.00 | 200.00 | | 0.00 | FA |
| 6. Gft 4 X Trading Account | 63.00 | 0.00 | | 0.00 | FA |
| 7. Mb Trading Account | 1,850.00 | 0.00 | | 0.00 | FA |
| 8. Mb Financial Hsa | 9.00 | 0.00 | | 0.00 | FA |
| 9. Prinicpal Funds | 216.00 | 0.00 | | 0.00 | FA |
| 10. Chase Checking Account. All Money In This Account Was Depos | 0.00 | 0.00 | | 0.00 | FA |
| 11. Tenants Security Deposit | 0.00 | 0.00 | | 0.00 | FA |
| 12. Various Used Household Goods And Possessions | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13. Various Used Books And Pictures | 50.00 | 50.00 | | 0.00 | FA |
| 14. Vairous Used Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 15. Two Wedding Rings And Various Costume Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 17. 529 College Prepaid Tuition Program. No Contributions Made | 28,000.00 | 0.00 | | 0.00 | FA |
| 18. Msm Financial Services Group, Inc. Corporation Has A Checkin | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2012 Potential Refund | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2006 Toyota Camary. 88,000 Miles. Valued Via Kbb On 11/14/ | 7,120.00 | 0.00 | | 0.00 | FA |
| 21. Marriott Vacation Club. Liquidation Value Below Was Esablis | 4,500.00 | 2,658.00 | | 0.00 | FA |
| 22. Rent Income | 0.00 | 0.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|                                      |              |           | Gross Value of Remaining Assets |        |
|--------------------------------------|--------------|-----------|--------------------------------|--------|
| TOTALS (Excluding Unknown Values)    | $330,208.00  | $51,671.00 | $8,000.00                     | $0.00  |

Exhibit 8

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had rental property that was occupied by tenant; Debtor was not making payments on mortgage and was using rents for living expenses; Tenant instructed to pay rents to Trustee; License required to continue to rent property; Trustee abandoned property rather than renew license.

Preparing TFR.

RE PROP #       22   --   Post-petition rent from Carriage Court, Aurora IL real property

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-50931 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Mark S Mcclintic | Bank Name: | The Bank of New York Mellon |
| Tara Mcclintic | Account Number/CD#: | XXXXXX7941 |
| | | Checking |
| Taxpayer ID No: XX-XXX9871 | Blanket Bond (per case limit): | |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/19/13 | 22 | Bill McDonnell<br>2630 Carriage Court<br>Aurora, Illinois 60504-5238 | Post Petition Rent Proceeds | 1122-000 | $3,000.00 | | $3,000.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 05/17/13 | 22 | Bill McDonnell | Settlement payment | 1122-000 | $1,000.00 | | $3,990.00 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 06/18/13 | 22 | Bill McDonnell<br>2630 Carriage Court<br>Aurora, Illinois 60504-5238 | Post Petition Rent Proceeds | 1122-000 | $1,000.00 | | $4,980.00 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 09/09/13 | 22 | Bill McDonnell | Accounts Receivable | 1122-000 | $263.00 | | $5,223.00 |
| 09/09/13 | 22 | Mark McClintic | Accounts Receivable | 1122-000 | $2,737.00 | | $7,960.00 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,950.00 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,940.00 |
| 04/28/14 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,550.00 | $6,390.00 |
| 04/28/14 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $9.28 | $6,380.72 |

Page Subtotals: $8,000.00 $1,619.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-50931 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Mark S Mcclintic | Bank Name: | The Bank of New York Mellon |
| Tara Mcclintic | Account Number/CD#: | XXXXXX7941 |
| | | Checking |
| Taxpayer ID No: XX-XXX9871 | Blanket Bond (per case limit): | |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/14 | 100003 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $899.41 | $5,481.31 |
| 04/28/14 | 100004 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $342.86 | $5,138.45 |
| 04/28/14 | 100005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $549.16 | $4,589.29 |
| 04/28/14 | 100006 | American Express Centurion Bank<br>Becket And Lee Llp<br>Attorneys/Agent For Creditor<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,189.68 | $3,399.61 |
| 04/28/14 | 100007 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $506.56 | $2,893.05 |
| 04/28/14 | 100008 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $313.71 | $2,579.34 |
| 04/28/14 | 100009 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $873.39 | $1,705.95 |
| 04/28/14 | 100010 | Portfolio Recovery Associates, Llc Successor To Capital One, National Association<br>Po Box 41067<br>Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $896.75 | $809.20 |
| 04/28/14 | 100011 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 | | $809.20 | $0.00 |

Page Subtotals: $0.00 $6,380.72

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7941 - Checking | $8,000.00 | $8,000.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Page Subtotals:   $0.00   $0.00